UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 00-6808-CIV-SEITZ
MAGISTRATE JUDGE: GARBER

FILED BY ___ D.C.
00 NOV 28 AM 9:32
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FL - MIAMI

ADVOCATES FOR THE DISABLED, INC.

Plaintiff(s),

vs.

7100 PINES PLAZA, INC.

Defendant(s).

______________________________/

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff(s) and Defendant(s), pursuant to the Federal Rules of Civil Procedure hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made pursuant to a Stipulation for Settlement executed between the parties. The parties have stipulated in their agreement that the Court retain jurisdiction to enforce the terms and conditions of the Stipulation for Settlement.

By: ______________________
Date: 11/21/00
Attorney for Defendant(s)

DAN SERBER
2875 NE 191 STREET #809
AVENTURA FL. 33180

By: ______________________
Date: 11/21/00
Attorney For Plaintiff(s)
JUDD ARONOWITZ
Fuller, Mallah & Associates, P.A.
1111 Lincoln Road, Suite 802
Miami Beach, Fl. 33139
Tel: (305) 538-6483

W:\WPDocs\A.D.A\#2469-7100 PINES PLAZA\stdl2.wpd

#11
HN